**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

Ricardo Rodriguez

                      Plaintiff,

v.                                       Case No.: 1:18–cv–07951

                                       Honorable Mary M. Rowland

Reynaldo Guevara, et al.

                      Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 23, 2019:

       MINUTE entry before the Honorable Susan E. Cox: The Court has reviewed the parties' joint proposed discovery schedule. The Court believes that both parties' proposed fact discovery deadlines (7/31/20 for Plaintiff and 9/30/20 for Defendants) are too long. As such, the Court sets the deadline for all fact discovery in this case for 5/31/20; this will provide the parties with approximately one year to complete discovery following this Court's 6/12/19 order permitting the parties to go forward with non–Monell discovery during the pendency of Defendants' Motion to Bifurcate, which this Court recently denied. The parties are permitted to exceed 10 depositions, as per the agreement reflected in their joint proposed discovery schedule. Finally, this Court does not set expert discovery deadlines until the fact discovery deadline draws closer and it is apparent that the parties will be able to meet that deadline. A status hearing is set for 11/20/19 at 9:30 a.m. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.