IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICARDO RODRIGUEZ, | ) |
| Plaintiff, | ) Case No. 18 CV 7951 |
| v. | ) Judge Rowland |
| REYNALDO GUEVARA, et al. | ) Magistrate Judge Cox |
| Defendants. | ) JURY TRIAL DEMANDED |

**JOINT STATUS REPORT**

Pursuant to the Court's order of May 26, 2020 (Dckt. No. 100), the undersigned parties provide this status report on the status of this litigation.

The parties at this stage of the litigation have different perspectives about where this litigation stands, as reflected in their briefings on the Defendants' motion to dismiss (Dckt Nos. 102, 105.) The parties believe those briefings provide a fair summary of their respective views on the status of this litigation. The parties provide the additional specific information requested below.

**I.     Status of Discovery and Briefing**

The parties have provided their respective views on the status of discovery in their briefings on Defendants' pending motion to dismiss (Dckt. No. 102.) Plaintiff has responded to that motion. (Dckt. No. 105.) Any reply is due August 7, 2020. (Dckt. No. 103.)

**II.    Status of Settlement Discussions and Motion Practice**

Plaintiff is willing to confer with Defendants about settlement at any time. The parties have not engaged in any settlement discussions.

### III. Proposed Revised Discovery and Dispositive Motion Schedule

Fact discovery is set to close in this case on September 30, 2020. (Dckt. No. 100.) The parties will confer about any revised scheduling pending the outcome of Defendants' motion to dismiss.

### IV. Hearings

At this juncture in the litigation, the resolution of Defendants' motion to dismiss (Dckt. No. 102) will drive any determination as to whether any hearing before the Court is necessary. Pending the outcome of that motion, the parties will confer and request any hearing any party believes is necessary.

Respectfully Submitted,

/s/ Tara Thompson
**Counsel for Plaintiff**

Arthur Loevy
Jon Loevy
Russell Ainsworth
Tara Thompson
Rachel Brady
Loevy & Loevy
311 N. Aberdeen
Third Floor
Chicago, Illinois 60607
(312) 243-5900

/s/ Austin Rahe
**Counsel for Defendant City of Chicago**

Eileen Rosen – Lead Attorney
Austin Rahe
Theresa Carney
Catherine Barber
Rock, Fusco & Connelly, LLC
321 N. Clark Street, Suite 2200
Chicago, Illinois 60654

/s/ Josh Engquist
**Counsel for Defendants Halvorsen, Curley, Biebel, Mingey, Epplen, and Sanders:**
James Sotos – Lead Attorney
Josh Engquist
Caroline Golden
David Brueggen
The Sotos Law Firm, P.C.
141 W. Jackson Blvd., Suite 1240A
Chicago, Illinois 60604
(630) 735-3300 (tel)
(630) 773-0980 (fax)

/s/ James Daffada
**Counsel for Defendant Guevara:**
Thomas Leinenweber – Lead Attorney
James Daffada – Lead Attorney
Leinenweber Baroni & Daffada, LLC
120 N. LaSalle St., Suite 2000
Chicago, Illinois 60602
(312) 606-8705 (tel)

**Certificate of Service**

  I, Tara Thompson, an attorney, hereby certify that on July 30, 2020, I caused to be served through the Court's CM/ECF system to all parties of record a copy of the foregoing **Joint Status Report**.

                     /s/ Tara Thompson