# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Ricardo Rodriguez

                        Plaintiff,

v.                                                   Case No.: 1:18−cv−07951
                                                   Honorable Mary M. Rowland

Richard Curley, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 13, 2020:

      MINUTE entry before the Honorable Mary M. Rowland: Telephonic status hearing held. For the reasons discussed on the record, Defendants' motion to dismiss [102] is denied without prejudice. By 10/19/20, Plaintiff shall file a status report updating the court regarding the state court proceedings. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.