IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICARDO RODRIGUEZ, ) | |
| ) | |
| Plaintiff, ) | Case No. 18 CV 7951 |
| ) | |
| v. ) | Judge Rowland |
| ) | |
| REYNALDO GUEVARA, et al. ) | Magistrate Judge Cox |
| ) | |
| ) | |
| Defendants. ) | |
| ) | JURY TRIAL DEMANDED |
| ) | |

## PLAINTIFF'S STATUS REPORT

Pursuant to this Court's order, ECF No. 119, Plaintiff, Ricardo Rodriguez, provides the following update on the status of his criminal proceedings:

Mr. Rodriguez did not have a bond review hearing on October 16, 2020. He was indicted by a grand jury, and his next court date, an arraignment hearing, is October 30, 2020. He does not currently have a date for a bond review hearing.

Respectfully Submitted,

By: /s/ Rachel Brady
Counsel for Plaintiff

Arthur Loevy
Jon Loevy
Russell Ainsworth
Tara Thompson
Rachel Brady
Loevy & Loevy
311 N. Aberdeen
Third Floor
Chicago, Illinois 60607
(312) 243-5900

## Certificate of Service

      I, Rachel Brady, an attorney, hereby certify that on October 19, 2020, I caused to be served through the Court's CM/ECF system to all parties of record a copy of the foregoing Plaintiff's Status Report.

/s/ Rachel Brady