UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Ricardo Rodriguez
                              Plaintiff,

v.                                                     Case No.: 1:18−cv−07951
                                                            Honorable Mary M. Rowland

Reynaldo Guevara, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 21, 2023:

      MINUTE entry before the Honorable Mary M. Rowland: The parties have agreed to the court's recommendation for settlement. The Defendants' agreement is contingent on City Council's approval. The agreement includes all fees and costs. The parties are directed to file a status report or a stipulation to dismiss by 2/29/24. All pending motions are denied as moot. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.