IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RICARDO RODRIGUEZ, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 18 CV 07951 |
| | ) | |
| v. | ) | |
| | ) | |
| CHICAGO POLICE OFFICERS REYNALDO GUEVARA, ERNEST HALVORSEN, RICHARD CURLEY, ROBERT BIEBEL, ED MINGEY, LEE EPPLEN, M. SANDERS, J. MOHAN, AND UNKNOWN OFFICERS; and the CITY OF CHICAGO. | ) ) ) ) ) ) ) ) | Honorable Judge Mary M. Rowland |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, Plaintiff, Ricardo Rodriguez, by his attorneys, Loevy & Loevy; and Defendants Richard Curley, Robert Biebel, Ed Mingey, Lee Epplen, Mark Sanders, and JoAnn Halvorsen as special representative of Ernest Halvorsen, deceased, by their respective attorneys, Thomas Leinenweber, Special Assistant Corporation Counsel and Josh Engquist, Special Assistant Corporation Counsel; and Defendant, City of Chicago, by its attorney, Mary B. Richardson-Lowry, Corporation Counsel of the City of Chicago, and the parties have entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, orders as follows:

All the claims of Plaintiff, Ricardo Rodriguez, against Defendants, City of Chicago, Richard Curley, Robert Biebel, Ed Mingey, Lee Epplen, Mark Sanders, and JoAnn Halvorsen as special representative of Ernest Halvorsen, deceased, are hereby dismissed without prejudice, to

be automatically converted to dismissal with prejudice 75 days from the entry of this order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear its own costs and attorneys' fees.

ENTER:_____
The Honorable Judge Mary M. Rowland

DATED: March 13, 2024